IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

VS.                                                    CRIMINAL NO.  3:06cr113TSL-JCS

MICHAEL HOLDER

### ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses the Criminal Indictment against the defendant, MICHAEL HOLDER, without prejudice.

> DUNN LAMPTON
> United States Attorney
>
> /s/Dave Fulcher
> By:   DAVE FULCHER
> Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal of the indictment.

ORDERED this 14th day of December, 2006.

> /s/ Tom S. Lee
> HONORABLE TOM S. LEE
> UNITED STATES DISTRICT JUDGE